ACCEPTED
06-14-00147-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2014 2:28:27 PM
DEBBIE AUTREY
CLERK

## NO.  06-14-00147-CR

| | | | |
|---|---|---|---|
| **ASIM SHAKUR RAHIM** | § | **IN THE** | |
| | § | | FILED IN |
| **V.** | § | **SIXTH COURT** | 6th COURT OF APPEALS |
| | § | | TEXARKANA, TEXAS |
| **STATE OF TEXAS** | § | **OF APPEALS** | 12/30/2014 2:28:27 PM |
| | § | | DEBBIE AUTREY |
| | | | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Asim Shakur Rahim, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the County Court at Law, Lamar County, Texas.

2.     The case below was styled the State of Texas vs. Asim Shakur Rahim, and numbered 61685.

3.     Appellant was convicted of Assault with bodily injury.

4.     Appellant was assessed a sentence of 365 days in jail.

5.     Notice of appeal was given on August 13, 2014.

6.     The clerk's record was filed on September 18, 2014; the reporter's record was filed on December 1, 2014.

7.     The appellate brief is presently due on December 31, 2014.

8.     Appellant requests an extension of time of 30 days, i.e. until January 30, 2015.

9.     This is the first motion for an extension to file the brief submitted in this cause.

10.    Defendant is not currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Counsel requires additional time to adequately and professionally review the record and research and brief any relevant issues.

Appellant's counsel is counsel in *Christopher McGonigal v. State,* Case No. 06-14-00164-CR, in which Appellant's brief is currently due on December 31, 2014 and in *Kelvin Shamar Moore v. State*, in which Appellant's brief is due January 22, 2015, and in *Robert Bryan Finch v. State*, in which Appellant's brief is currently due January 28, 2015. Additionally, Appellant's counsel has prepared and filed briefs in the following cases during the past 30 days: Case No. 06-14-00114-CR, *Randyael Dontrell Tyson v. State.*; and Case No. 06-14-00155-CR, *Billy Wayne Marcy v. State*. Counsel served as Municipal Judge for the City of Paris on December 26, 2014. Counsel's office was closed for the Christmas holidays from December 24, 2014 through December 26, 2014. Counsel will be out of the office for the New Year's holiday on January 1, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580


By: _____
Don Biard
State Bar No. 24047755
Attorney for Appellant


## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, Texas, via email.


Don Biard

**STATE OF TEXAS**                                              §
                                                                §
**COUNTY OF LAMAR**                                             §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Don Biard,

who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause.  I

have read the foregoing Motion To Extend Time to File Appellant's Brief and

swear that all of the allegations of fact contained therein are true and correct."



_____

Don Biard
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 30 , 2014, to

certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

ANITA SPARKS
Notary Public
State of Texas
Comm. Expires 2-09-2016